UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG JOSEPH HEDGES,<br>Pro Se Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No. 23-cv-03429-TLT<br>ORDER TO SHOW CAUSE<br>Re: Dkt. No. ECF-10 |

On September 5, 2023, Defendant filed a Motion to Dismiss (ECF-10). Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was September 19, 2023.

Accordingly, Plaintiff is ordered, on or before November 30, 2023, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before December 7, 2023.

On September 21, 2023, the Initial Case Management Conference set for October 19, 2023, was re-set for February 8, 2024. The related deadlines that were vacated and re-set pertained to the Case Management Conference. All other deadlines were maintained. The hearing on Defendant's Motion to Dismiss is set for January 23, 2024, at 2:00 p.m.

The Court advises Plaintiff that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy

free of charge from the Clerk's Office.

The Court further advises Plaintiff that assistance may be available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

IT IS SO ORDERED.

Dated: November 8, 2023

TRINA L. THOMPSON
United States District Judge